UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DOUGLAS BRADEN SMYSER,<br><br>　　　　　　　Defendant. | CASE NO. MJ20-644<br><br>**ORDER REVOKING APPEARANCE BOND AND DETAINING DEFENDANT** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The Probation and Pretrial Services Office in this alleges defendant violated conditions of supervision by using controlled substances, attempting to evade and tamper with production of valid urine sample for drug testing and committing new crimes.  Defendant has long struggled with substance abuse, no longer is able to live with his parents, and appears to no longer be able to control his drug use. He poses a risk the community due to his continued drug use and criminal conduct. The appearance bond and release order issued earlier, Dkt. 10, is revoked and defendant shall remain in custody.

It is therefore **ORDERED**:

ORDER REVOKING APPEARANCE BOND
AND DETAINING DEFENDANT - 1

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 8th day of October, 2020

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge